### DAPHNE MCKINNEY *v.* BRIAN CHAPMAN

The plaintiff's petition for certification for appeal from the Appellate Court, 103 Conn. App. 446 (AC 27579), is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration or decision of this petition.

*W. Martyn Philpot, Jr.*, in support of the petition.

*David C. Nelson*, assistant attorney general, in opposition.

Decided October 16, 2007